IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 8:01CR56 |
| CHRISTINE DUNNE, ) | |
| Defendant. ) | |

## **ORDER**

IT IS ORDERED that the defendant's request to file her Unopposed Motion to Continue Revocation Hearing under seal is denied.

DATED this 26th day of April, 2005.

BY THE COURT:

s/ The Honorable Richard G. Kopf
United States District Judge