IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  8:01CR56 |
| | ) | |
| CHRISTINE DUNNE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

THIS MATTER comes before the Court on defendant's unopposed motion to continue the April 27, 2005, revocation hearing in this case until a date and time certain in approximately 60-90 days.  The Court, being fully advised in the premises, and noting that the government has no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the revocation hearing scheduled in this case shall be continued until Thursday, July 28, 2005, at 12:00 noon.  The defendant is ordered to appear at such time.

Dated this 26th day of April, 2005.

BY THE COURT:

s/ The Honorable Richard G. Kopf
United States District Judge