IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTINE DUNNE,<br><br>Defendant. | Case No. 4:01CR56 |

## ORDER

THIS MATTER comes before the Court on Defendant's Motion to Continue Dispositional Hearing, filing 68, for 60 to 90 days. The Court, being fully advised in the premises, and noting that the government has no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the Defendant's dispositional hearing in the above captioned matter shall be continued to Thursday, October 6, 2005, at 12:30 p.m.

July 27, 2005.          BY THE COURT:

                        s/ *Richard G. Kopf*
                        United States District Judge