IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:01CR56 |
| ) | |
| CHRISTINE DUNNE, ) | |
| ) | |
| Defendant. ) | |

### ORDER

THIS MATTER comes before the Court on Defendant's Motion to Continue Dispositional Hearing, filing 70, for not less than 60 days. The Court, being fully advised in the premises, and noting that the government has no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the Defendant's dispositional hearing in the above captioned matter shall be continued to Monday, December 5, 2005, at 12:00 noon, before the undersigned United States district judge in Lincoln, Nebraska. No further continuances will be granted.

September 28, 2005.             BY THE COURT:

                                s/ *Richard G. Kopf*
                                United States District Judge